UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>AMANDRA HEFFELFINGER (2)<br><br>JENNIFER BLAKE (3)<br>Defendants. | CASE NO. 2:25-cr-164(2–3)<br><br>JUDGE EDMUND A. SARGUS, JR. |

## ORDER

On October 2, 2025, a Grand Jury in this District returned an Indictment charging three Defendants, including Amandra Heffelfinger and Jennifer Blake, with the following drug-trafficking crimes: Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of, among other statutes, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 [Count 1]; Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) [Counts 2 and 4]; Distribution of Cocaine and Alprazolam, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(2) [Count 3]; and Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) [Count 5].

These charges have a presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3)(A).

On October 2, 2025, this District issued arrest warrants for the Defendants. (Doc. #s: 8–10.)

On October 6, 2025, Defendants Heffelfinger and Blake had their initial appearance in the District of Oregon, and they were ordered released. (*See* Case No. 6:25-mj-286 (District of Oregon).) The Magistrate Judge in Oregon stayed the release order for 24 hours. This Court **ORDERS** that the Defendants' release is further **STAYED**, subject to a decision by this Court on the issue of whether Defendants Heffelfinger and Blake should be detained pending trial.

**IT IS SO ORDERED**.

**10/7/2025**　　　　　　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**