





/2



13







































121













Kpins = 760

Carisoprodal = 815

tapentadol = 310

Farma = 8

GBL = 14

Diazepam/val. = 1503 - 50

Zolpidem/amb. = 989

Viagra = 100

ModaFresh = 250

1mg Alprazolam = 975

Lorazepam/Ativ = 130 - 10

Naloxone Bup. patch = 2

Pregabalin = 360

128





/30





192





