UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                             Case Number 2:25-cr-164
                                                             Judge Edmund A. Sargus, Jr.

JESSE WASSON,
AMANDRA HEFFELFINGER,
and
JENNIFER BLAKE,
    Defendants.

# Arraignment on Indictment
## Monday, December 1, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jennifer Rausch and Courter Shimeall
For Defendants:  Mark Collins, Phillip Templeton, David Axelrod and Shane Wieegerig
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendants appeared with counsel. All defendants entered a plea of not guilty to all counts and forfeitures contained in the Indictment.

Counsel shall confer and notify the Court by December 3, 2025 of an agreed trial date.