UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case Number 2:25-cr-164
                                                Judge Edmund A. Sargus, Jr.

AMANDRA HEFFELFINGER,
and
JENNIFER BLAKE,
    Defendants.

# Detention Hearing
# Monday, December 1, 2025
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jennifer Rausch and Courter Shimeall
For Defendants: Phillip Templeton, David Axelrod and Shane Wieegerig
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The Court heard arguments from both sides regarding detention.  The Court Orders the defendants detained. Order to follow.