# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | Case No. 2:25-cr-00164 |
| : | |
| : | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** : | |
| : | |
| **JESSE WASSON, et al.,** : | |
| : | |
| **Defendants.** : | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by its undersigned counsel, particularly alleges, pursuant to Federal Rule of Criminal Procedure 32.2(a), the following regarding forfeiture:

1.    In the Forfeiture Allegation of the Indictment (Doc. 6), the United States alleged that, pursuant to 21 U.S.C. § 853(a), it would seek the forfeiture of (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations alleged in Counts 1 through 5 of the Indictment, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.    Accordingly, the United States gives notice that as a result of the violations of 21 U.S.C. §§ 841 and 846 as alleged in Counts 1 through 5 of the Indictment, and by this reference fully incorporated herein, it seeks the forfeiture of the following:

    a.    A sum of money in the form of a money judgment, which represents the amount of proceeds the defendants obtained as a result of the violations alleged in Counts 1 through 5 of the Indictment;

    b.    Property seized on October 6, 2025, from Jesse Wasson:

        i.  0.16921307 Bitcoin (BTC);

        ii.  0.46165085 Bitcoin (BTC);

        iii.  0.11755478 Bitcoin (BTC);

   iv. 24.58449283 Litecoin (LTC);

   v. 324.15794161 Litecoin (LTC);

   vi. 5,501 "Tether on Exodus" Crypto-Currency;

   vii. 1,482.875196 XRP on Exodus;

   viii. 0.25975262 Ethereum on Exodus;

   ix. 20.850065616355 Monero XMR;

   x. 4.257250629979 Monero XMR;

   xi. 60,186.625538 "Tron on Exodus" TRX;

   xii. 0.14101204 Bitcoin (BTC);

   xiii. A Glock 17 9mm pistol, bearing serial number CBUA544, with a 9mm magazine and 17 rounds of 9mm ammunition;

   xiv. A Mossberg 835 Ultimag 12-gauge shotgun, bearing serial number UM227107, with any accessories;

   xv. A Remington 541 .22 caliber rifle, bearing serial number 1248611, with any accessories;

   xvi. A Ruger M77 Mark II .22 caliber rifle, bearing serial number 781-22912, with any accessories;

   xvii. A Bearman Industries LBG38 .38 caliber derringer, bearing serial number BT055435, with any accessories;

 c. Property seized on October 7, 2025, from Jennifer Blake:

   i. 2.50181806 Bitcoin (BTC);

   ii. 15.85629407 Monero XMR;

    d.       Property seized on October 6, 2025, from Amandra Heffelfinger:

       i. 43.320451262809 Monero XMR; and

      ii. 0.02847709 Bitcoin (BTC).

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/ S. Courter Shimeall
S. COURTER SHIMEALL (0090514)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Courter.Shimeall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, a copy of the foregoing Bill of Particulars for Forfeiture of Property was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

s/ S. Courter Shimeall
S. COURTER SHIMEALL (0090514)
Assistant United States Attorney