UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                    Case Number 2:25-cr-164 (2) & (3)
                                              JUDGE EDMUND A. SARGUS, JR.

**AMANDRA HEFFELFINGER,**
and
**JENNIFER BLAKE,**

    **Defendants.**

## ORDER

    This matter came before the Court on a Detention Hearing on December 1, 2025. (ECF No. 35.) This Order memorializes the Court's ruling from the bench at that Hearing. (*Id.*)

    On October 2, 2025, a Grand Jury in this District returned an Indictment charging three Defendants, including Amandra Heffelfinger and Jennifer Blake, with drug trafficking crimes in violation of 21 U.S.C. §§ 841(a)(1) and 846. (ECF No. 6.) On October 6, 2025, Defendants Heffelfinger and Blake had their initial appearance in the District of Oregon, and they were ordered released. (*See* Case No. /District of Oregon); ECF No. 13.) The Magistrate Judge in Oregon stayed the release order for 24 hours, and this Court ordered Defendants Heffelfinger and Blake's release further stayed, subject to a decision by this Court on whether Defendants Heffelfinger and Blake should be detained pending trial. (ECF No. 13.)

    Prior to the Detention Hearing, the Government filed a Notice of Proffered Information (ECF No. 33), and the Court analyzed and consider the information therein. *United States v. Stone*, 608 F.3d 939, 948 (6th Cir. 2010) ("conducting a bail hearing by proffer is acceptable under the law and at the discretion of the district court"). The Court also took into consideration the entire

record and argument by counsel for all parties at the Detention Hearing. (ECF No. 35.)

The charges against Defendants Heffelfinger and Blake have a presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3)(A). For the reasons stated on the record at the Detention Hearing—including the seriousness of the charges, alleged use of the darkweb, Affidavit by the DEA Special Agent, Magistrate Judge's probable cause finding, and large amount of drugs seized (ECF Nos. 33, 33-1, 33-2)—the Court found that Defendants Heffelfinger and Blake are a substantial danger to the community and there is a risk one or both Defendants might flee. *See United States v. Hinton*, 113 F. App'x 76, 77 (6th Cir. 2004).

Defendants Heffelfinger and Blake are **ORDERED** detained pending trial.

**12/2/2025**　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**